SCHOOL DISTRICT, THE CITY OF YORK, APPELLEE AND
CROSS-APPELLANT, V. STATE BOARD OF EDUCATION,
STATE OF NEBRASKA, APPELLANT AND CROSS-APPELLEE.

272 N. W. 2d 363

Filed December 6, 1978. No. 41684.

Paul L. Douglas, Attorney General, and Harold Mosher, for appellant.

Ginsburg, Rosenberg, Ginsburg & Krivosha, for appellee.

Heard before SPENCER, C. J., PRO TEM., BOSLAUGH, McCOWN, CLINTON, BRODKEY, and WHITE, JJ., and KUNS, Retired District Judge.

SPENCER, C. J., PRO TEM.

This action originated before the Nebraska State Board of Education for a declaratory ruling pursuant to section 84-912, R. R. S. 1943, directed to the computation of the amount of state-apportioned school funds withheld from the school district in the City of York. This case is controlled by our decision in Gretna Public School, District No. 37 v. State Board of Education, *ante* p. 769, 272 N. W. 2d 268 (1978).

For the reasons stated in Gretna Public School, District No. 37 v. State Board of Education, *supra*, the judgment of the District Court is reversed and the cause is dismissed.

REVERSED AND DISMISSED.